1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 545 East Alluvial, Suite 112
Fresno, California 93720
3 | Telephone (559) 449-9069
Facsimile (559) 449-9016
4 |
5 | Attorney for Defendant, DANIEL SEIVERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE NO. 6:06-mj-00097-WMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | UNTIL FEBRUARY 20, 2007 |
| vs. | ) | |
| DANIEL SEIVERSON, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the Defendant, DANIEL SEIVERSON, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for January 23, 2007, at 10:00 a.m. be continued until February 20, 2007 at 10:00 a.m. as the plea agreement has not been returned.

Dated:    January 17, 2007

                                                           By:  /S/ Carol Ann Moses
                                                           CAROL ANN MOSES
                                                           Attorney for Defendant
                                                           DANIEL SEIVERSON

Dated:    January 18, 2007

                                                           By:  /S/ Elizabeth Waldow
                                                           Elizabeth Waldow
                                                           Legal Officer for
                                                           United States Government

1

2                               * * * ORDER * * *

3      The Court, having reviewed the above request for a Continuance of Status Conference

4  until February 20, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

5      1.      The Status Conference Hearing for Defendant, DANIEL SEIVERSON, shall be

6              continued to February 20, 2007 at 10:00 a.m.

7                               IT IS SO ORDERED.

8      **Dated:   January 22, 2007             /s/  William M. Wunderlich**
              mmkd34UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28