1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, DANIEL SEIVERSON

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES GOVERNMENT,    )   CASE NO. 6:06-mj-00097-WMW
                                )
12         Plaintiff,            )
                                )   REQUEST FOR MODIFICATION
13                              )   AND/OR TERMINATION OF
                                )   PROBATION; AND PROPOSED
14 vs.                          )   ORDER THEREON
                                )
15 DANIEL SEIVERSON,            )
                                )
16         Defendant.            )
                                )
17 _____)

18      Defendant DANIEL SIEVERSON, was convicted of a violation of 36 CFR 2.35( c),

19 being under the influence of alcohol in a public place on February 20, 2007.  The Court ordered

20 Mr. Seiverson to perform 50 hours of community service and to pay a $90.00 fine.  To date, Mr.

21 Seiverson has not paid his fine or performed community service hours.

22      On August 20, 2007, Defendant was arrested for simple assault on a victim under the age

23 of 16 years, willful harm or injury to a child, assault by striking, beating or wounding, vandalism,

24 and being under the influence of alcohol, (Case #6:07-mj-00206-WMW).  He was transferred to

25 Fresno where he remained incarcerated.  Mr. Seiverson pled guilty to Count 1, simple assault on

26 a victim under the age of 16 years, and Count 4, vandalism.  Sentencing was set for December 5,

27 2007.

28      Unfortunately, the United states Probation Office was not notified of the conviction and

did not prepare a Pre-sentence Report.  The probation office required 10 weeks to prepare a Pre-sentence Report and even when expedited, the report was not ready for sentencing until January 11, 2008.

On January 11, 2008, the Honorable Sandra M. Snyder sentenced Mr. Seiverson to Turning Point, a local half-way house,  for 120 days upon his immediate release from custody; 12 months of probation, and a statutory assessment fee of $100.  Mr. Seiverson respectfully requests the court terminate probation in Case #6:07-mj-00206-WMW and excuse the unfulfilled terms and conditions of community service, and payment of a fine based on the extra time Mr. Seiverson spent in custody between the original date scheduled for sentencing December 5, 2007 and the actual date of sentencing, January 11, 2008.

Mr. Seiverson is three-quarters through his term at Turning Point.   He continues to be sober, regularly attends AA, substance abuse counseling as well as job training.  He is working toward his GED and hopes to be able to enter the United States Army upon his release from Turning Point.

## CONCLUSION

It is requested that the Court terminate Mr. Seiverson's probation and excuse the unfulfilled terms and conditions of probation for the reasons stated above.

Dated: April 10, 2008

By: /s/ Carol Moses
CAROL ANN MOSES
Attorney for Defendant,
DANIEL SEIVERSON

| | |
|---|---|
| 1 | * * * ORDER * * * |
| 2 | The Court, having reviewed the above request to modify and/or terminate probation, |
| 3 | HEREBY ORDERS AS FOLLOWS: |
| 4 | 1.     DANIEL SEIVERSON's probation shall be terminated and the terms and |
| 5 | conditions of probation ($90.00 fine and 50 hours of community service) shall be excused. |

IT IS SO ORDERED.

**Dated:   April 21, 2008**               /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE