**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, DANIEL SEIVERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, <br> Plaintiff, <br><br> vs. <br><br> DANIEL SEIVERSON, <br> Defendant. | CASE NO. 6:06-mj-00097-WMW <br><br> **AMENDED** REQUEST FOR MODIFICATION AND/OR TERMINATION OF PROBATION; AND ORDER THEREON |

Defendant DANIEL SEIVERSON, was convicted of a violation of 36 CFR 2.35( c), being under the influence of alcohol in a public place on February 20, 2007.  The Court ordered Mr. Seiverson to perform 50 hours of community service and to pay a $90.00 fine.  To date, Mr. Seiverson has not paid his fine or performed community service hours.

On August 20, 2007, Defendant was arrested for simple assault on a victim under the age of 16 years, willful harm or injury to a child, assault by striking, beating or wounding, vandalism, and being under the influence of alcohol, (Case #6:07-mj-00206-WMW).  He was transferred to Fresno where he remained incarcerated.  Mr. Seiverson pled guilty to Count 1, simple assault on a victim under the age of 16 years, and Count 4, vandalism.  Sentencing was set for December 5, 2007.

1    Unfortunately, the United states Probation Office was not notified of the conviction and
2 did not prepare a Pre-sentence Report.  The probation office required 10 weeks to prepare a Pre-
3 sentence Report and even when expedited, the report was not ready for sentencing until January
4 11, 2008.
5    On January 11, 2008, the Honorable Sandra M. Snyder sentenced Mr. Seiverson to
6 Turning Point, a local half-way house,  for 120 days upon his immediate release from custody;
7 12 months of probation, and a statutory assessment fee of $100.
8    Mr. Seiverson respectfully requests the court terminate probation in Case
9 #6:06-mj-00097-WMW and excuse the unfulfilled terms and conditions of community service,
10 and payment of a fine based on the extra time Mr. Seiverson spent in custody between the
11 original date scheduled for sentencing December 5, 2007  and the actual date of sentencing,
12 January 11, 2008.
13    Mr. Seiverson is three-quarters through his term at Turning Point.   He continues to be
14 sober, regularly attends AA, substance abuse counseling as well as job training.  He is working
15 toward his GED and hopes to be able to enter the United States Army upon his release from
16 Turning Point.

## CONCLUSION

18   It is requested that the Court terminate Mr. Seiverson's probation and excuse the
19 unfulfilled terms and conditions of probation for the reasons stated above.
20 Dated: April 10, 2008

21                                             By:  /s/ Carol Moses
                                                    CAROL ANN MOSES
22                                                  Attorney for Defendant,
                                                    DANIEL SEIVERSON

* * * ORDER * * *

The Court, having reviewed the above request to modify and/or terminate probation, HEREBY ORDERS AS FOLLOWS:

1. DANIEL SEIVERSON's probation in case 6:06-mj-00097-WMW shall be terminated and the terms and conditions of probation ($90.00 fine and 50 hours of community service) shall be excused.

IT IS SO ORDERED.

Dated:   April 28, 2008                         /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE